# Third District Court of Appeal

## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1991
Lower Tribunal No. 24-45705-SP-05
_____


**Antonio Del Giudice,**
Appellant,

vs.

**NS Handyman Company,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Antonio Del Giudice, in proper person.

Eric J. Cvelbar, for appellee.


Before EMAS, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal."); see also § 77.041(3), Fla. Stat. (2024) ("Upon the filing by a defendant of a sworn claim of exemption and request for hearing, a hearing will be held as soon as practicable to determine the validity of the claimed exemptions. If the plaintiff or the plaintiff's attorney does not file a sworn written statement that answers the defendant's claim of exemption within 8 business days after hand delivering the claim and request . . . no hearing is required and the clerk must automatically dissolve the writ and notify the parties of the dissolution by mail.").